IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DAVID WAYNE HULL,                )
    Petitioner,              )
                                     )
    v.                       )   Civil Action No. 11-364
                                       )     (Criminal No. 03-96)
UNITED STATES OF AMERICA,)
    Respondent.              )

## ORDER

AND NOW, this 23rd day of March, 2011, the Court, having received petitioner's motion to vacate [document #173 at Criminal No. 03-96], IT IS HEREBY ORDERED that any response to the motion shall be filed on or before April 22, 2011.

IT IS FURTHER ORDERED that any reply to a response shall be filed on or before May 9, 2011.

                              BY THE COURT:

                              <u>s/Gary L. Lancaster</u>    ,C.J.
                              Hon. Gary L. Lancaster,
                              Chief United States District Judge

cc:   David Wayne Hull, #07657-068
       MCFP-Springfield
       P.O. Box 4000
       Springfield, MO 65801

       Margaret E. Picking,
       Assistant United States Attorney