IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA )
                         )
            v.           )  Criminal No. 03-96
                         )  (Civil Action No. 11-364)
DAVID WAYNE HULL         )

ORDER

AND NOW, this 22nd day of April, 2011, in consideration of the within government's motion for enlargement of time to file response, the motion is hereby GRANTED. The government's response to defendant's motion to vacate [document #173] shall be filed on or before April 29, 2011.

IT IS FURTHER ORDERED that any reply to the government's response shall be filed on or before May 16, 2011.

BY THE COURT:

_____
GARY L. LANCASTER
CHIEF UNITED STATES DISTRICT JUDGE

cc: All Parties of Record